IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| | ) JUDGE HELMICK |
| v. | ) CASE NO. 3:18 CR 346 |
| | ) Title 8, Section 1326(a), United |
| OSCAR JIMENEZ DOMINGUEZ | ) States Code |
| Defendant. | ) |

COUNT 1
(Re-entry of removed alien, in violation of 8 U.S.C. § 1326(a))

The Grand Jury charges:

On or about June 12, 2018, in the Northern District of Ohio, Western Division, the defendant, OSCAR JIMENEZ DOMINGUEZ, an alien, was found in the United States after having previously been denied admission, excluded, deported and removed from the United States, to-wit: on or about June 20, 2017, defendant was found in the United States and removed to Mexico; not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to apply for readmission to the United States; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.